

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Tue Jun 22 03:47:22 EDT 2021

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

Logout   Please logout when you are done to release system resources allocated for you.

**Record 1 out of 1**

[TSDR] [ASSIGN Status] [TTAB Status]   *( Use the "Back" button of the Internet Browser to return to TESS)*

# WHITE CLAW

| | |
|---|---|
| **Word Mark** | WHITE CLAW |
| **Goods and Services** | IC 025. US 022 039. G & S: (Based on 44(e)) Clothing, namely, shirts, sweatshirts, jackets; headwear |
| | IC 032. US 045 046 048. G & S: (Based on Use in Commerce) (Based on 44(e)) Brewed sugar-based beer. FIRST USE: 20160520. FIRST USE IN COMMERCE: 20160520 |
| | IC 033. US 047 049. G & S: (Based on Use in Commerce) (Based on 44(e)) Hard seltzer. FIRST USE: 20160520. FIRST USE IN COMMERCE: 20160520 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86935586 |
| **Filing Date** | March 10, 2016 |
| **Current Basis** | 1A;44E |
| **Original Filing Basis** | 44D |
| **Published for Opposition** | April 4, 2017 |
| **Registration Number** | 5226007 |
| **Registration Date** | June 20, 2017 |
| **Owner** | (REGISTRANT) Mark Anthony Brands International Company COMPANY IRELAND 2 Grand Canal Square Grand Canal Harbour Dublin 2 IRELAND |
| | (LAST LISTED OWNER) MARK ANTHONY INTERNATIONAL SRL CORPORATION BARBADOS "ONE HAGGATT HALL," HAGGATT HALL ST. MICHAEL BARBADOS BB 11059 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Karen Lim |
| **Priority Date** | March 7, 2016 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

**Live/Dead Indicator**   LIVE

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS) https://tmsearch.uspto.gov/bin/showfield?f=doc&state=4801:8I5...



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Tue Jun 22 03:47:22 EDT 2021

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

Logout Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

| | |
|---|---|
| **Word Mark** | WHITE CLAW HARD SELTZER |
| **Goods and Services** | IC 032. US 045 046 048. G & S: Brewed sugar-based beer. FIRST USE: 20160520. FIRST USE IN COMMERCE: 20160520<br><br>IC 033. US 047 049. G & S: Hard seltzer. FIRST USE: 20160520. FIRST USE IN COMMERCE: 20160520 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 03.15.09 - Gulls ; Pelicans ; Seabirds<br>03.15.19 - Birds or bats in flight or with outspread wings<br>06.03.03 - Ocean ; Ripples (multiple waves) ; Waves, open sea (multiple waves)<br>26.17.09 - Bands, curved ; Bars, curved ; Curved line(s), band(s) or bar(s) ; Lines, curved |
| **Serial Number** | 86959901 |
| **Filing Date** | March 31, 2016 |
| **Current Basis** | 1A;44E |
| **Original Filing Basis** | 44D |
| **Published for Opposition** | May 16, 2017 |
| **Registration Number** | 5253798 |
| **Registration Date** | August 1, 2017 |
| **Owner** | (REGISTRANT) Mark Anthony Brands International Company COMPANY IRELAND 2 Grand Canal Square Grand Canal Harbour Dublin 2 IRELAND<br><br>(LAST LISTED OWNER) MARK ANTHONY INTERNATIONAL SRL CORPORATION BARBADOS "ONE HAGGATT HALL," HAGGATT HALL ST. MICHAEL BARBADOS BB 11059 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Karen Lim |

| | |
|---|---|
| **Priority Date** | March 23, 2016 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "HARD SELTZER" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the words "WHITE CLAW HARD SELTZER" in a stylized, curved font in which the words "HARD SELTZER" are outlined by a curved line. In between the wording is a stylized wave design with two seagulls in the top right of the design. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |



### United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Tue Jun 22 03:47:22 EDT 2021

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status]   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | WHITE CLAW HARD SELTZER |
| **Goods and Services** | IC 025. US 022 039. G & S: Footwear; headwear; clothing, namely, shirts, sweatshirts, jackets |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 03.15.19 - Birds or bats in flight or with outspread wings<br>03.15.24 - Stylized birds and bats<br>03.15.25 - Cardinals ; Crows ; Doves ; Other birds ; Pigeons ; Ravens ; Robins ; Woodpeckers<br>06.03.03 - Ocean ; Ripples (multiple waves) ; Waves, open sea (multiple waves)<br>26.01.08 - Circles having letters or numerals as a border ; Circles having punctuation as a border ; Letters, numerals or punctuation forming or bordering the perimeter of a circle<br>26.17.09 - Bands, curved ; Bars, curved ; Curved line(s), band(s) or bar(s) ; Lines, curved |
| **Serial Number** | 88864074 |
| **Filing Date** | April 8, 2020 |
| **Current Basis** | 44E |
| **Original Filing Basis** | 44D |
| **Published for Opposition** | September 1, 2020 |
| **Registration Number** | 6199056 |
| **Registration Date** | November 17, 2020 |
| **Owner** | (REGISTRANT) MA Brands Beverage Unlimited Company private unlimited company IRELAND Irish Life Centre, 2nd Floor, Block 5 Abbey Street Lower Dublin 1 IRELAND D01P767 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Karen Lim |
| **Priority Date** | April 3, 2020 |

| | |
|---|---|
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of a circular stylized design of three waves with two seagulls to the right of the middle wave. That design is surrounded by the words "WHITE CLAW HARD SELTZER" in a circular layout, with the words "WHITE CLAW" located on the top left and the words "HARD SELTZER" located on the bottom right in smaller font. A solid line surrounds half of the design in a semicircle around the words "HARD SELTZER". |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# Trademark Assignment Abstract of Title

**Total Assignments:** 1

**Serial #:** 88864074    **Filing Dt:** 04/08/2020    **Reg #:** 6199056    **Reg. Dt:** 11/17/2020

**Registrant:** MA Brands Beverage Unlimited Company

**Mark:** WHITE CLAW HARD SELTZER

## Assignment: 1

**Reel/Frame:** 7079/0894    **Recorded:** 10/19/2020    **Pages:** 6

**Conveyance:** NUNC PRO TUNC ASSIGNMENT EFFECTIVE 09/30/2020

**Assignor:** MA BRANDS BEVERAGE UNLIMITED COMPANY    **Exec Dt:** 10/15/2020
     **Entity Type:** PRIVATE UNLIMITED COMPANY
     **Citizenship:** IRELAND

**Assignee:** MARK ANTHONY INTERNATIONAL SRL    **Entity Type:** CORPORATION
"ONE HAGGATT HALL," HAGGATT HALL    **Citizenship:** BARBADOS
ST. MICHAEL, BARBADOS BB 11059

**Correspondent:** ROBERT A. BECKER
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
151 WEST 42ND STREET, 17TH FLOOR
NEW YORK, NY 10036