Kevin R. Lussier  (CA State Bar No. 143821), klussier@cmlawfirm.com
CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP
800 Wilshire Boulevard 15th Floor
Los Angeles, California 90017
Telephone: (213) 689-8500
Fax:  (213) 689-8501

Richard Lehv (*pro hac vice* application to be filed), rlehv@fzlz.com
Craig S. Mende (*pro hac vice* application to be filed), cmende@fzlz.com
Shelby Rokito (*pro hac vice* application to be filed), srokito@fzlz.com
 FROSS ZELNICK LEHRMAN & ZISSU, P.C.
151 West 42nd Street, 17th Floor
New York, NY 10036
Telephone: (212) 813-5900
Fax: (212) 813-5901

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY INTERNATIONAL, S.r.l.,<br><br>Plaintiff,<br><br>v.<br><br>M. CAITLIN MINGES and FUN CLUB LLC, a California Limited Liability Company,<br><br>Defendants. | **Case No.: 2:21-cv-5145**<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)** |

The undersigned, counsel of record for plaintiff Mark Anthony International, S.r.l. ("Plaintiff") certifies that the following listed parties may have a pecuniary

-1-
CERTIFICATION AND NOTICE OF INTERESTED PARTIES OF PLAINTIFF, MARK ANTHONY INTERNATIONAL, S.R.L.

interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal:

Party*:  Mark Anthony International, S.r.l.

Relationship:  Plaintiff

Party:  Mark Anthony Presents… Inc.

Relationship:  Owner / Parent of Plaintiff

* Plaintiff's sole parent is Mark Anthony Presents… Inc.  There is no publicly held corporation owning 10% or more of Plaintiff's stock.

Dated:  June 24, 2021

Respectfully submitted,

By:  /s/ *Kevin R. Lussier*
Kevin R. Lussier
(*klussier@cmlawfirm.com*)
CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP
800 Wilshire Boulevard 15th Floor
Los Angeles, California  90017
Telephone: (213) 689-8500
Facsimile:

-and-

Richard Z. Lehv
(*pro hac vice* application to be filed)
Craig S. Mende
(*pro hac vice* application to be filed)
Shelby Rokito
(*pro hac vice* application to be filed)
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
151 West 42nd Street, 17th Floor
New York, NY 10036
Tel: (212) 813-5900
Fax: (212) 813-5901

*Attorneys for Plaintiff*

CERTIFICATION AND NOTICE OF INTERESTED PARTIES OF PLAINTIFF, MARK ANTHONY INTERNATIONAL, S.R.L.