Kevin R. Lussier, State Bar No. 143821
klussier@cmlawfirm.com
CRUSER, MITCHELL, NOVITZ, SANCHEZ,
  GASTON & ZIMET, LLP
800 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90017; Tel. (213) 689-8300

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY INTERNATIONAL, S.r.l., <br><br> Plaintiff(s) <br> v. <br><br> M. CAITLIN MINGES and FUN CLUB LLC, a California Limited Liability Company, <br><br> Defendant(s). | CASE NUMBER <br><br> 2:21-cv-05145-JFW-JCx <br><br> **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [12]** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Lehv, Richard Z.
*Applicant's Name (Last Name, First Name & Middle Initial*
212-813-5928          212-813-5901
*Telephone Number*      *Fax Number*
rlehv@fzlz.com
*E-Mail Address*

of Fross Zelnick Lehrman & Zissu, P.C.
151 West 42nd Street, 17th Floor
New York, NY 10036
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Mark Anthony International, S.r.l.

*Name(s) of Party(ies) Represent*   ✓ Plaintiff(s) ☐ Defendant(s) ☐ Other:

**and designating as Local Counsel**

Lussier, Kevin R.
*Designee's Name (Last Name, First Name & Middle Initial*
143821         213-689-8500        213-689-8501
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

*E-Mail Address*

of Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP
800 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90017
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:  ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application:
           ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
           ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated: June 30, 2021**

*[signature]*
**U.S. District Judge**