Kevin R. Lussier, State Bar No. 143821
CRUSER, MITCHELL, NOVITZ, SANCHEZ,
 GASTON & ZIMET, LLP
800 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90017
klussier@cmlawfirm.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY INTERNATIONAL, S.r.l., | CASE NUMBER |
| Plaintiff(s) | 2:21-cv-05145-JFW-JC x |
| v. | |
| M. CAITLIN MINGES and FUN CLUB LLC, a California Limited Liability Company, | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [14]** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Mende, Craig S.                                        of
*Applicant's Name (Last Name, First Name & Middle Initial)*
212-813-5900                    212-813-5901
*Telephone Number*              *Fax Number*
cmende@fzlz.com
              *E-Mail Address*

Fross Zelnick Lehrman & Zissu, P.C.
151 West 42nd Street, 17th Floor
New York, NY 10036

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Mark Anthony International, S.r.l.

*Name(s) of Party(ies) Represent*        ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Lussier, Kevin R.                                      of
*Designee's Name (Last Name, First Name & Middle Initial)*
143821            213-689-8500        213-689-8501
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
klussier@cmlawfirm.com
          *E-Mail Address*

Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP
800 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90017

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:        ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: June 30, 2021**

*John F. Walter*
**U.S. District Judge**