Kevin R. Lussier  (CA State Bar No. 143821), klussier@cmlawfirm.com
CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP
800 Wilshire Boulevard 15th Floor
Los Angeles, California 90017
Telephone: (213) 689-8500
Fax:  (213) 689-8501

Richard Lehv (admitted *pro hac vice*), rlehv@fzlz.com
Craig S. Mende (admitted *pro hac vice*), cmende@fzlz.com
Shelby Rokito (admitted *pro hac vice*), srokito@fzlz.com
 FROSS ZELNICK LEHRMAN & ZISSU, P.C.
151 West 42nd Street, 17th Floor
New York, NY 10036
Telephone: (212) 813-5900
Fax: (212) 813-5901

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK ANTHONY INTERNATIONAL, S.r.l., <br><br>    Plaintiff, <br><br>    v. <br><br> M. CAITLIN MINGES and FUN CLUB LLC, a California Limited Liability Company, <br><br>    Defendants. | **Case No.: 2:21-cv-05145-JFW-JC** <br><br> **PLAINTIFF MARK ANTHONY INTERNATIONAL, S.r.l.'s VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

-1-
DISMISSAL OF ACTION WITH PREJUDICE

No defendant having served an answer or a motion for summary judgment, plaintiff Mark Anthony International, S.r.l. hereby dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: July 28, 2021

Respectfully submitted,

By: /s/ *Kevin R. Lussier*
Kevin R. Lussier
(*klussier@cmlawfirm.com*)
CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP
800 Wilshire Boulevard 15th Floor
Los Angeles, California 90017
Telephone: (213) 689-8500

-and-

Richard Z. Lehv
(admitted *pro hac vice*)
Craig S. Mende
(admitted *pro hac vice*)
Shelby Rokito
(admitted *pro hac vice*)
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
151 West 42nd Street, 17th Floor
New York, NY 10036
Tel: (212) 813-5900

Attorneys for Plaintiff